UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN ADAMES, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>FEDERAL BUREAU OF )<br>INVESTIGATION )<br>and TODD RICHARDS, )<br> )<br> Defendants. ) | Civil Action No. 05-10189-RWZ |

**ASSENTED TO MOTION FOR EXTENSION OF TIME
TO ANSWER AND/OR OTHERWISE RESPOND**

    The United States respectfully requests an extension of time up to, and including, April 22, 2005, to answer or otherwise respond to the plaintiff's Complaint. Counsel for the United States conferred with counsel for the plaintiff on March 30, 2005. Counsel for the plaintiff assents to the extension of time.

                                                        Respectfully submitted,

                                                        MICHAEL J. SULLIVAN
                                                        United States Attorney

                                                         /s/ Jeffrey M. Cohen
                                      By:   Jeffrey M. Cohen
                                                        Assistant U.S. Attorney
                                                         John Joseph Moakley Federal Courthouse
                                                         One Courthouse Way, Suite 9200
                                                         Boston, MA   02210
Dated: March 30, 2005                          (617) 748-3100

**CERTIFICATION UNDER L.R. 7.1**

    I, Jeffrey M. Cohen, Assistant United States Attorney, do hereby state that I spoke with Attorney John F.

Palmer on March 30, 2005 and he assented to this Motion for Extension of Time.

        /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

I certify that on March 30, 2005, I caused a copy of the foregoing Motion to be served on Plaintiff by first class mail, postage pre-paid to:

John F. Palmer
Law Office of John F. Palmer
24 School Street, 8th Floor
Boston, MA 02108

        /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney