UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN ADAMES, | ) |
| Plaintiff, | ) |
| v. | ) |
| FEDERAL BUREAU OF INVESTIGATION and TODD RICHARDS, | ) Civil Action No. 05-10189-RWZ |
| Defendants. | ) |

**DEFENDANT TODD RICHARDS' ANSWER TO THE COMPLAINT**

Defendant, Todd Richards, by and through his attorneys, in answer to the Complaint, avers and states as follows in response to the enumerated paragraphs:

1.      The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1, and they are therefore denied.

2.      The Defendant admits the allegations of paragraph 2.

3.      The Defendant admits the allegations of paragraph 3.

4.      This paragraph of the Complaint is a jurisdictional assertion to which no response is required.

5.      The Defendant admits that on or about August 27, 2004, he seized, in connection with an FBI criminal investigation, one Nissan Maxima motor vehicle bearing the New York registration of an individual other than Plaintiff to which Plaintiff did not have a bill of sale and/or title; one Infiniti G35 motor vehicle bearing the New Hampshire registration of an individual other than plaintiff to which Plaintiff did not have a bill of sale and/or

title; one Kawasaki motorcycle bearing a Massachusetts registration of an individual

other than plaintiff to which Plaintiff did not have a bill of sale and/or title; and one

motorcycle engine registered in New Hampshire and reported stolen on July 23, 2004.

The Defendant lacks knowledge or information sufficient to form a belief as to the other

allegations of paragraph 5, accordingly they are denied.

6.      The Defendant admits that on or about September 1, 2004, he seized one Toyota Camry

motor vehicle bearing New York registration to which Plaintiff did not have a bill of sale

and/or title.  The Defendant denies that the Toyota Camry was seized from the Plaintiff.

7.      The Defendant denies the allegations of paragraph 7.

8.      The Defendant denies the allegations of paragraph 8.

The final paragraphs beginning with the word "WHEREFORE" set forth demands for

judgment for which no responsive pleading is required.  To the extent a response may be

required, the allegations set forth in these paragraphs are denied.

All allegations not specifically admitted herein are specifically denied.

### First Defense

The Complaint fails to state a claim upon which relief can be granted.

### Second Defense

The Complaint alleges wrongful acts as to which the defendant is qualifiedly immune

from suit.

### Third Defense

Equitable relief is not available to the Plaintiff.

### Fourth Defense

The Plaintiff has not suffered any damages.

### Fifth Defense

The Plaintiff lacks ownership or any other protected property interest in the property

seized by the Defendant.

### Sixth Defense

At no time during the period alleged in Plaintiff's Complaint did Defendant deny

Plaintiff's rights under the Fourth or Fifth Amendments to the United States Constitution.

### Seventh Defense

The Plaintiff's action is barred for lack of jurisdiction to the extent the Complaint seeks

to sue Defendant Richards in his official capacity.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant Richards

respectfully moves this Court to dismiss the Complaint, for his costs incurred herein, and for

such further relief as is just and proper.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Jeffrey M. Cohen
JEFFREY M. COHEN
Assistant U.S. Attorney
John Joseph Moakley U. S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3100
(617) 748-3969 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

       I certify that on April 22, 2005, I caused a copy of the foregoing Answer to be served on plaintiff by first class mail, postage pre-paid to:

John F. Palmer
Law Office of John F. Palmer
24 School Street, 8th Floor
Boston, MA 02108
(617) 723-7010

        /s/ Jeffrey M. Cohen            
Jeffrey M. Cohen
Assistant U.S. Attorney