UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EDWIN ADAMES, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 05-10189-RWZ |
| FEDERAL BUREAU OF INVESTIGATION, and TODD RICHARDS, | ) |
| Defendants. | ) |

**DEFENDANT FEDERAL BUREAU OF INVESTIGATION'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Pursuant to Fed. R. Civ. P. 12(b)(1), the Federal Bureau of Investigation ("FBI") hereby moves for dismissal on the ground that the Court lacks jurisdiction over the subject matter. In support of the motion, the FBI submits that attached memorandum of law.

Wherefore, the Defendant FBI requests that the complaint be dismissed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney
John Joseph Moakley Federal Courthouse
One Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100

Dated: April 22, 2005

**CERTIFICATION UNDER L.R. 7.1**

I, Jeffrey M. Cohen, Assistant United States Attorney, do hereby state that on April 21, 2005, I spoke with Attorney

John F. Palmer and informed him that the United States would file this motion.

                                                   /s/ Jeffrey M. Cohen
                                                   Jeffrey M. Cohen
                                                   Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

       I certify that on April 22, 2005, I caused a copy of the foregoing Motion to Dismiss to be served on plaintiff by first class mail, postage pre-paid to:

John F. Palmer
Law Office of John F. Palmer
24 School Street, 8th Floor
Boston, MA 02108
(617) 723-7010

                                                  /s/ Jeffrey M. Cohen
                                                 Jeffrey M. Cohen
                                                 Assistant U.S. Attorney