UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
EDWIN ADAMES,                  )
       Plaintiff               )
                               )
v.                             )
                               )    Civil Action No. 05-10189-RWZ
FEDERAL BUREAU OF              )
INVESTIGATION, and             )
TODD RICHARDS,                 )
       Defendants              )
                               )
_____ )
```

ASSENTED TO MOTION TO ENLARGE TIME FOR FILING OPPOSITION TO
MOTION TO DISMISS

Now comes Plaintiff Edwin Adames and moves this Honorable Court to enlarge the time for filing his opposition to Defendant Federal Bureau of Investigation's Motion To Dismiss For Lack Of Subject Matter Jurisdiction from May 6, 2005, until May 16, 2005.

As grounds for this motion, Plaintiff states:

1.   On February 1, 2005, Plaintiff filed his complaint against Defendant Federal Bureau of Investigation and another for return of property and money damages;

2.   On April 22, 2005, Defendant Federal Bureau of Investigation filed its motion to dismiss; Plaintiff's opposition is, therefore, due on May 6, 2005;

3.   The Plaintiff requires additional time to research and prepare an opposition to the Defendant Federal Bureau of Investigation's Motion To Dismiss For Lack Of Subject Matter Jurisdiction;

Wherefore, Plaintiff prays that this motion be allowed and that the time for filing an opposition to Defendant Federal Bureau of Investigation's Motion To Dismiss For Lack Of Subject Matter Jurisdiction be extended to May 16, 2005.

        PLAINTIFF
        By his attorney

        /s/John F. Palmer
        John F. Palmer
        Law Office of John F. Palmer
        24 School Street, 8th Floor
        Boston, MA 02108
        (617)723-7010
        BBO# 387980

Assent:

/s/Jeffrey M. Cohen
Jeffrey M. Cohen, Esq.
Assistant U.S. Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210

Dated: May 6, 2005