UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EDWIN ADAMES, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) Civil Action No. 05-10189-RWZ |
| FEDERAL BUREAU OF INVESTIGATION and TODD RICHARDS, | ) ) ) ) |
| Defendants. | ) ) |

REPORT OF PARTIES' PLANNING MEETING PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1

1. Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1, a meeting was held on June 27, 2005, by telephone and was attended by:

   a. John F. Palmer for the plaintiff;

   b. Jeffrey M. Cohen for defendants Federal Bureau of Investigation and Todd Richards.

2. PRE-DISCOVERY DISCLOSURES.  The parties will complete initial disclosures, pursuant to Rule 26(a)(1), by July 6, 2005.

3. DISCOVERY PLAN.  The parties jointly propose to the Court the following discovery plan:

   a.. The parties recommend that all fact discovery be completed by October 15, 2005.  The parties do not expect any expert discovery at this time, but reserve the right to conduct expert discovery at a later time.

      b.      The parties agree on a maximum of 25 interrogatories, including all discrete subparts, by each side.  Responses due 30 days after service.

      c.      The parties agree on a maximum of 25 requests for admission by each party.  Responses due 30 days after service.

      d.      The parties agree on a maximum of 5 depositions by each side.

      e.      The parties agree that each deposition will be limited to a maximum of 5 hours unless extended by agreement of parties or by leave of the Court.

4.    **OTHER ITEMS**.

      a.      The parties request a pretrial conference in the normal course of scheduling.

      b.      The parties agree that the deadline for the parties to amend the pleadings shall be July 31, 2005.

      c.      The parties agree that dispositive motions shall be filed by November 15, 2005.  Responses are due by December 15, 2005.

      d.      The parties would consent to trial by magistrate.

5.    **CERTIFICATIONS**

      a.      The parties will file the appropriate certifications pursuant to Local Rule 16.1(D)(3) separately.

| /s/ Jeffrey M. Cohen | /s/ John F. Palmer |
|---|---|
| Jeffrey M. Cohen | John F. Palmer |
| Assistant United States Attorney | Law Office of John F. Palmer, P.C. |
| Counsel for the Defendant | Counsel for the Plaintiff |

Dated:  June 27, 2005