UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN ADAMES,<br><br>  Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION<br>and TODD RICHARDS,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-10189-RWZ<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that counsel for the defendant United States of America and an authorized representative of the United States of America have conferred regarding the matters described in Local Rule 16.1(D)(3)(a) and (b).

| | |
|---|---|
| /s/ Jeffrey M. Cohen<br>Jeffrey M. Cohen<br>Assistant United States Attorney | /s/ Nancy H. Wiegand<br>Nancy H. Wiegand<br>Associate General Counsel<br>Office of the General Counsel<br>Federal Bureau of Investigation |

Dated:  June 27, 2005