UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN ADAMES, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-10189-RWZ |
| FEDERAL BUREAU OF INVESTIGATION and TODD RICHARDS, | ) |
| Defendants. | ) |

CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that counsel for the defendant United States of America and an authorized representative of the United States of America have conferred regarding the matters described in Local Rule 16.1(D)(3)(a) and (b).

| | |
|---|---|
| /s/ Jeffrey M. Cohen | /s/ Todd Richards |
| Jeffrey M. Cohen | Special Agent |
| Assistant United States Attorney | Federal Bureau of Investigation |

Dated: June 27, 2005