UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
EDWIN ADAMES,                    )
        Plaintiff                )
                                 )
v.                               )
                                 )    CIVIL ACTION NO.  05-10189-RWZ
                                 )
FEDERAL BUREAU OF                )
INVESTIGATION, and               )
TODD RICHARDS,                   )
        Defendants               )
_____  )
```

PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The Plaintiff Edwin Adames and Plaintiff's counsel, John F. Palmer, Esq., hereby certify that we have conferred by telephone on June 27, 2005, a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in LR 16.4.

/s/John F. Palmer
John F. Palmer
Law Office of John F. Palmer
24 School Street, 8th Floor
Boston, MA 02108
(617)723-7010
BBO# 387980

/s/Edwin Adames
Edwin Adames

Dated: June 28, 2005