UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN ADAMES,<br>    Plaintiff<br><br>v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION, and<br>TODD RICHARDS,<br>    Defendants | CIVIL ACTION NO. 05-10189-RWZ |

SETTLEMENT PROPOSAL

Plaintiff proposes as a settlement that Defendants return all property seized from Plaintiff.

          PLAINTIFF
          By his attorney

          /s/John F. Palmer
          John F. Palmer
          Law Office of John F. Palmer
          24 School Street, 8th Floor
          Boston, MA 02108
          (617)723-7010
          BBO# 387980

Dated: June 28, 2005