UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# **ORDER OF REFERENCE**

Check if previously referred ___

__EDWIN ADAMES__

V.  CV.No. __05-10189-RWZ__

__F.B.I.__   Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge __DEIN__ for the following proceedings:

(A)   Determination (Order) on:
   ( ) Rule 16(b) and/or Pretrial proceedings *(except ex parte motions in criminal cases)*
   ( ) Nondispositive pretrial and discovery motions(s) not listed in Paragraph (B) below
      See Documents Numbered : _____
   ( ) Ex Parte Motions in criminal cases - See Documents Numbered: _____

   Action taken by the Magistrate Judge on matters referred for determination shall constitute the Order of the Court and shall be reconsidered only where shown to be clearly erroneous in fact or contrary to law.   28 U.S.C. §636(b)(1)(A)

(B)   Findings and Recommendations pursuant to 28 U.S.C. §636(b)(1)(B) on:
   ( ) Motion(s) for injunctive relief
   ( ) Motion(s) for judgment on the pleadings
   ( ) Motion(s) for summary judgment
   ( ) Motion(s) to permit maintenance of a class action
   ( ) Motion(s) to suppress evidence
   ( ) Motion(s) to dismiss
      See Documents Numbered: _____

(C)   Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
   ( ) In accordance with Rule 53, F.R.Civ.P.
   ( ) In accordance with 42 U.S.C. §2000e-5(f)(5)

(D)   Special instructions __ALL PURPOSES , PRETRIAL & TRIAL__

__6/29/05__   By : __s/ Lisa A. Urso__
DATE   Deputy Clerk

( ) Civil Rule 16(b) /Pretrial Proceedings   ( ) Criminal Dispositive Motions
( ) Civil and MBD Discovery   ( ) Criminal Pretrial or Discovery
( ) Service as Special Master   ( ) Criminal Ex Parte Motions
( ) Civil Dispositive Motions   ( ) Post Conviction Proceedings[1]
( ) Miscellaneous

**(Order of Ref to MJ.wpd - 12/98)**   **[oref., koref.]**

---

[1] See reverse side of order for instructions

# **INSTRUCTIONS FOR POST-CONVICTION PROCEEDINGS**

In accordance with all rules governing §2254 and §2255 cases the magistrate judge to whom this post-conviction proceeding is referred shall:

__X__   Make a recommendation as to summary dismissal under Rule 4 of the Rules for §2254 and §2255 cases

__X__   Appoint counsel if the interests of justice so require

__X__   Order issuance of appropriate process, if necessary

__X__   Hold a hearing to determine whether or not an evidentiary hearing must be held and make a recommendation to the district judge

__X__   If the magistrate judge expects to recommend that an evidentiary hearing be held, the magistrate judge shall hold a pretrial conference for the purpose of narrowing the issue to be tried and submit a memo to the district judge setting forth:

    (a)   a concise summary of the ultimate facts claimed by
        (1) petitioner   (2) respondent   (3) other parties;

    (b)   the facts established by the pleadings or by stipulations of the parties which may be incorporated by reference;

    (c)   any jurisdictional questions;

    (d)   issues of law, including evidentiary questions;

    (e)   the probable length of the evidentiary hearing.

The magistrate judge may also require the parties to submit the names of witnesses whom they intend to produce, and to exhibit to one another, and submit a schedule of, exhibits which they expect to offer in evidence.

_____   As to any issue concerning which the magistrate judge does not intend to recommend an evidentiary hearing, the magistrate judge shall submit a memo which shall:

    (a)   identify the relevant portions of the record or transcript of prior proceedings;

    (b)   summarize the relevant facts;

    (c)   summarize the parties' contentions of law with appropriate citations;

    (d)   state the recommendations as to the disposition of such contentions of law, and the grounds therefore.

(Postconv.ins - 09/92)

(Order of Ref to MJ.wpd - 12/98)