UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN ADAMES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 05-10189-JGD |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION, et al., ) | |
| ) | |
| Defendants. ) | |

## **SCHEDULING ORDER**

The court adopts the parties' discovery plan included in Docket No. 8, adding that the FBI is to file an answer to the complaint by July 22, 2005 unless otherwise agreed to by the parties.

The next status conference is scheduled for **Friday, September 30, 2005, at 10:00 A.M.** in Courtroom #15 on the 5th floor. At that time, the parties shall be prepared to discuss:

    (a)   the status of the case;
    (b)   scheduling for the remainder of the case through trial; and
    (c)   use of alternative dispute resolution programs.

**The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized above.**

                                                     / s / Judith Gail Dein
                                                     Judith Gail Dein
DATED: July 11, 2005                        United States Magistrate Judge