UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EDWIN ADAMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 05-10189-JGD |
| FEDERAL BUREAU OF | ) | |
| INVESTIGATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

A status conference was held before this court on October 27, 2005 in accordance with Fed. R. Civ. P. 16(a).  In accordance with that conference, it is hereby ORDERED as follows:

1.The plaintiff may file an amended complaint.  Any amended complaint shall be filed by November 15, 2005.

2.The FBI does not need to respond to the original complaint at this time, but shall file a timely response to the amended complaint.

3.The next status conference is scheduled for **December 5, 2005 at 2:30 p.m.** in Courtroom #15 on the 5th floor.  At that time, the parties shall be prepared to discuss:

(a)the status of the case;
(b)scheduling for the remainder of the case through trial; and
(c)use of alternative dispute resolution programs.

4.The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph (3)

above.  The parties shall just indicate if an agreement has been reached to use ADR.  The respective position of each party does not have to be identified.

|  |  |
|---|---|
|  |    / s / Judith Gail Dein           |
|  | Judith Gail Dein |
| DATED:  October 27, 2005 | United States Magistrate Judge |