UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 05-10189

| | |
|---|---|
| EDWIN ADAMES,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| FEDERAL BUREAU OF<br>INVESTIGATION | )   AMENDED COMPLAINT FOR RETURN<br>)   OF PROPERTY<br>) |

1. Plaintiff is an individual residing at 150 Oxford Street, Lawrence, Massachusetts;

2. Defendant Federal Bureau of Investigation ("FBI") is an agency of the United States government within the Department of Justice;

3. Jurisdiction in this action arises under 28 U.S.C. §1331 and the Fourth and Fifth Amendments to the Constitution of the United States;

5. On or about August 27, 2004, Defendant's Agent Todd Richards ("Richards") seized from Plaintiff Adames one Nissan Maxima motor vehicle, one Infiniti G35 motor vehicle, and a Kawasaki motorcycle, as well as a motorcycle engine and miscellaneous parts;

6. On or about September 1, 2004, Richards seized from Plaintiff Adames one Toyota Camry motor vehicle;

7. The Plaintiff Adames has made demand for the return of the property seized, but Defendant has refused to return the property;

8. The Defendant FBI is without lawful authority to retain possession of the seized property.

Wherefore, Plaintiff demands judgment against Defendant Federal Bureau of Investigation 1) ordering the immediate return of the property seized from Plaintiff Adames and 2) granting him costs and attorney's fees.

                                                        PLAINTIFF
                                                        By his attorney

                                                        /s/John F. Palmer
                                                        John F. Palmer
                                                        Law Office of John F. Palmer
                                                        24 School Street, 8th Floor
                                                        Boston, MA 02108
                                                        (617)723-7010
                                                        BBO# 387980

Dated: November 11, 2005