IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN ADAMES, )<br>)<br>Plaintiff, )<br>)<br>)  Civil Action No. 05-CV-10189<br>v. )<br>)<br>FEDERAL BUREAU OF )<br>INVESTIGATION, )<br>)<br>Defendant. )<br>_____) | |

## DEFENDANT'S ANSWER TO THE AMENDED COMPLAINT

Defendant, the Federal Bureau of Investigation, by and through its attorneys, in answer to the Amended Complaint, avers and states as follows in response to the enumerated paragraphs:

1.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1, and they are therefore denied.

2.    The Defendant admits the allegations of paragraph 2.

3.    This paragraph of the Amended Complaint is a jurisdictional assertion to which no response is required.

4.    [plaintiff's mislabeled 5]  The Defendant admits that on or about August 27, 2004, the FBI seized, in connection with a criminal investigation, one Nissan Maxima motor vehicle bearing the New York registration of an individual other than Plaintiff to which Plaintiff did not have a bill of sale and/or title; one Infiniti G35 motor vehicle bearing the New Hampshire registration of an individual other than plaintiff to which Plaintiff did not have a bill of sale and/or title; one Kawasaki motorcycle bearing a Massachusetts registration of an individual

other than plaintiff to which Plaintiff did not have a bill of sale and/or title; and one motorcycle engine registered in New Hampshire and reported stolen on July 23, 2004. The Defendant denies all other allegations of paragraph 4 [plaintiff's mislabeled 5].

5. [plaintiff's mislabeled 6] The Defendant admits that on or about September 1, 2004, he seized one Toyota Camry motor vehicle bearing New York registration to which Plaintiff did not have a bill of sale and/or title. The Defendant denies that the Toyota Camry was seized from the Plaintiff.

6. [plaintiff's mislabeled 7] The Defendant denies the allegations of paragraph 6.

7. [plaintiff's mislabeled 8] The Defendant denies the allegations of paragraph 7.

The final paragraphs beginning with the word "WHEREFORE" set forth demands for judgment for which no responsive pleading is required. To the extent a response may be required, the allegations set forth in these paragraphs are denied.

All allegations not specifically admitted herein are specifically denied.

### First Defense

The Amended Complaint fails to state a claim upon which relief can be granted.

### Second Defense

Equitable relief is not available to the Plaintiff.

### Third Defense

The Plaintiff lacks ownership or any other protected property interest in the property seized by the Defendant.

### Fourth Defense

At no time during the period alleged in Plaintiff's Complaint did Defendant infringe Plaintiff's rights under the Fourth or Fifth Amendments to the United States Constitution.

**Fifth Defense**

Plaintiff lacks standing to challenge the seizure of this property.

WHEREFORE, having fully answered Plaintiff's Amended Complaint, the Defendant respectfully moves this Court to dismiss the Amended Complaint, for costs incurred herein, and for such further relief as is just and proper.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Jeffrey M. Cohen
      JEFFREY M. COHEN
      Assistant U.S. Attorney
      John Joseph Moakley U. S. Courthouse
      One Courthouse Way, Suite 9200
      Boston, Massachusetts 02210
      (617) 748-3100
      (617) 748-3969 (facsimile)

**CERTIFICATE OF SERVICE**

I certify that on November 22, 2005, I caused a copy of the foregoing Answer to be served on plaintiff by first class mail, postage pre-paid to:

John F. Palmer
Law Office of John F. Palmer
24 School Street, 8th Floor
Boston, MA 02108
(617) 723-7010

        /s/ Jeffrey M. Cohen
        Jeffrey M. Cohen
        Assistant U.S. Attorney