UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN ADAMES,                )  | |
|                              )  | |
|     Plaintiff,               )  | |
| v.                           )  | CIVIL ACTION |
|                              )  | NO. 05-10189-JGD |
| FEDERAL BUREAU OF            )  | |
| INVESTIGATION, et al.,       )  | |
|                              )  | |
|     Defendants.              )  | |

## **SCHEDULING ORDER**

Following a status conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. The parties shall complete any fact discovery by **February 17, 2006**.

2. The parties shall file any discovery motions with the court on or before **February 17, 2006**.

3. The next status conference shall take place on **February 28, 2006 at 2:45 p.m.** in Courtroom #15 on the 5th floor.  At that time, the parties shall be prepared to discuss:

    (a) the status of the case;
    (b) scheduling for the remainder of the case through trial; and
    (c) the use of alternative dispute resolution ("ADR") programs.

4. The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 3 above. The parties shall just indicate if an agreement has been reached to use ADR.  The

respective position of each party does not have to be identified.

                                            / s / Judith Gail Dein
                                            Judith Gail Dein
                                            United States Magistrate Judge

DATED:  December 5, 2005