IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN ADAMES, | ) |
|       Plaintiff, | ) |
|       v. | ) Civil Action No. 05-CV-10189 |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
|       Defendant. | ) |

**JOINT REQUEST OF THE PARTIES TO STAY THE PROCEEDING**

     The plaintiff, Edwin Adames, and defendant, the Federal Bureau of Investigation, by and through their attorneys, hereby jointly request a stay of the above-captioned matter. The parties last appeared before the Court on December 5, 2005. Since that time, the United States Attorney's Office for the District of New Hampshire has made clear that it has a related ongoing criminal investigation. The parties agree that a stay of this proceeding to allow the District of New Hampshire to complete its investigation is in the best interest of the parties and will potentially save judicial resources. Therefore, the parties request a stay of this proceeding and all discovery until further order of the Court.

| | |
|---|---|
| /s/ Jeffrey M. Cohen | /s/ John F. Palmer |
| Jeffrey M. Cohen | John F. Palmer |
| Assistant United States Attorney | Law Office of John F. Palmer |
| | 24 School Street, 8th Floor |
| | Boston, MA 02108 |

Dated: February 14, 2006