IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN ADAMES,           )<br>                         )<br>         Plaintiff,      )<br>                         )  Civil Action No. 05-CV-10189<br>         v.              )<br>                         )<br>FEDERAL BUREAU OF        )<br>INVESTIGATION,          )<br>                         )<br>         Defendant.      )<br>_____) | |

## JOINT STATUS REPORT OF THE PARTIES

Pursuant to the Court's Order of February 21, 2006, the plaintiff, Edwin Adames, and the defendant, Federal Bureau of Investigation, by and through their attorneys, hereby jointly submit a status report in the above-captioned matter.  The parties last appeared before the Court on December 5, 2005.  Since that time, the United States Attorney's Office for the District of New Hampshire has made clear that it has a related ongoing criminal investigation.  At this time, the parties understand that the criminal investigation is still ongoing in the District of New Hampshire.  Therefore, the parties believe that the current stay of this proceeding to allow the District of New Hampshire to complete its investigation is still in the best interest of the parties.

//

//

//

//

//

//

The parties suggest that the Court extend the stay at least an additional three months, until October 2, 2006, at which time the parties will submit another status report.

Respectfully submitted,

| | |
|---|---|
| /s/ Jeffrey M. Cohen | /s/ John F. Palmer |
| Jeffrey M. Cohen | John F. Palmer |
| Assistant United States Attorney | Law Office of John F. Palmer |
| | 24 School Street, 8th Floor |
| | Boston, MA 02108 |

Dated:   June 30, 2006