IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN ADAMES,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION,<br><br>　　　　Defendant. | )<br>)<br>)<br>)  Civil Action No. 05-CV-10189<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STATUS REPORT OF THE DEFENDANT

　　　Pursuant to the Court's Order of July 5, 2006, the defendant, Federal Bureau of Investigation, by and through their attorney, hereby submits a status report in the above-captioned matter. The parties last appeared before the Court on December 5, 2005. Since that time, the United States Attorney's Office for the District of New Hampshire has made clear that it has a related on-going criminal investigation. Counsel for the defendant has been informed by the criminal prosecutor in the District of New Hampshire that the criminal investigation is still on-going in the District of New Hampshire. Therefore, the defendant believes that the current stay of this proceeding to allow the District of New Hampshire to complete its investigation is still in the best interest of the parties.

//

//

//

//

//

The defendant suggests that the Court extend the stay until February 2, 2006, at which time the parties will submit a status report.

        Respectfully submitted,

        /s/ Jeffrey M. Cohen
        Jeffrey M. Cohen
        Assistant United States Attorney

Dated:   September 29, 2006