UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN ADAMES,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>)    CIVIL ACTION NO. 05-CV-10189-JGD |
| FEDERAL BUREAU OF<br>INVESTIGATION, and<br>TODD RICHARDS,<br>    Defendants | )<br>)<br>)<br>)<br>) |

### MOTION TO REVOKE STAY

Now comes Plaintiff Edwin Adames and moves this Honorable Court to revoke the stay initially entered by the court on February 21, 2006, and further continued on July 5, 2006, and October 3, 2006.

In support of this motion, Plaintiff states that the court (Dein, J.), in entering the stay, indicated that "either party may move to lift the stay at any time." Circumstances have changed since the entering of the stay which do not warrant a continuation of the stay at this time.

Wherefore, Plaintiff prays that the stay be revoked and that this case be scheduled for a status hearing.

                              PLAINTIFF
                              By his attorney

                              /s/John F. Palmer
                              John F. Palmer
                              Law Office of John F. Palmer
                              24 School Street, 8th Floor
                              Boston, MA 02108
                              (617)723-7010
                              BBO# 387980

Dated: December 5, 2006

CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered parties on December 5, 2006.

                              /s/John F. Palmer