IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EDWIN ADAMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-CV-10189 |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF | ) | |
| INVESTIGATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **<u>DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO REVOKE STAY</u>**

The defendant, the Federal Bureau of Investigation, by and through its attorney, hereby opposes plaintiff's Motion to Revoke Stay. The defendant is unaware of any change in circumstance that warrants lifting the stay at this time. In fact, counsel for the defendant has been informed by the criminal prosecutor in the District of New Hampshire on December 5, 2006 that the criminal investigation is still on-going that involves the plaintiff and the property at issue in this matter. Therefore, the defendant believes that the current stay of this proceeding to allow the District of New Hampshire to complete its investigation is still in the best interest of the parties. Any discovery conducted by the parties could be rendered moot by the outcome of the criminal investigation. In order to save time and judicial resources, the stay should remain until the criminal investigation is complete.

//

//

//

//

If the Court is inclined to lift the stay and schedule this case for a status conference, the

parties jointly request that no conference be set before January 16, 2007.

Respectfully submitted,

/s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant United States Attorney

Dated:  December 5, 2006