UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN ADAMES, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FEDERAL BUREAU OF )<br>INVESTIGATION, et al., )<br>)<br>Defendants. ) | CIVIL ACTION<br>NO. 05-10189-JGD |

## SCHEDULING ORDER AND ORDER
## ON PLAINTIFF'S MOTION TO REVOKE STAY

On January 25, 2007, this court held a status conference, pursuant to Fed. R. Civ. P. 16(a), in order to address the plaintiff's "Motion to Revoke Stay" (Docket No. 22). After consideration of the parties' positions, it is hereby ORDERED as follows:

1. The motion to revoke the stay in this case is ALLOWED IN PART and DENIED IN PART as follows:

    (a) The stay shall be lifted immediately with respect to all written discovery.

    (b) The deposition of Mr. Adames and the deposition of FBI Agent Richards shall take place no sooner than 45 days from today, but shall be completed within three 3 weeks from the expiration of the 45 day period.

2. The next status conference shall take place on **April 26, 2007 at 2:30 p.m.** in Courtroom #15 on the 5th floor. At that time, the parties shall be prepared to discuss:

    (a) the status of the case;
    (b) scheduling for the remainder of the case through trial; and

    (c) the use of alternative dispute resolution ("ADR") programs.

  3. The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 2 above. With respect to the use of ADR, the parties shall indicate whether an agreement has been reached, but are not obligated to identify their respective positions.

                  / s / Judith Gail Dein
                  Judith Gail Dein
                  United States Magistrate Judge

DATED: January 25, 2007