UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EDWIN ADAMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 05-10189-JGD |
| FEDERAL BUREAU OF | ) | |
| INVESTIGATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **SCHEDULING ORDER**

Following a status conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. The parties shall complete all written discovery, as well as the depositions of Mr. Adames and FBI Agent Richards, by **June 18, 2007**.

2. The next status conference shall take place on **June 19, 2007 at 10:00 a.m.** in Courtroom #15 on the 5th floor. At that time, the parties shall be prepared to discuss:

    (a) the status of the case;
    (b) scheduling for the remainder of the case through trial; and
    (c) the use of alternative dispute resolution ("ADR") programs.

3. The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 2 above. With respect to the use of ADR, the parties shall indicate whether an agreement has been reached, but are not obligated to identify their respective positions.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: April 26, 2007