IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN ADAMES,            )<br>                          )<br>        Plaintiff,         )<br>                          )   Civil Action No. 05-CV-10189<br>    v.                    )<br>                          )<br>FEDERAL BUREAU OF         )<br>INVESTIGATION,            )<br>                          )<br>        Defendant.        )<br>_____) | |

**JOINT REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**

The plaintiff, Edwin Adames, and defendant, the Federal Bureau of Investigation, by and through their attorneys, hereby jointly request a continuance of the status conference set for June 19, 2007 to June 28, 2007 at 10 a.m. The parties last appeared before the Court on April 26, 2007. The parties request this continuance in order to complete the final phases of discovery.

 /s/ Jeffrey M. Cohen                           /s/ John F. Palmer
Jeffrey M. Cohen                               John F. Palmer
Assistant United States Attorney               Law Office of John F. Palmer
                                               24 School Street, 8th Floor
                                               Boston, MA 02108


Dated:   June 12, 2007