IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN ADAMES,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION,<br><br>    Defendant. | )<br>)<br>)<br>) Civil Action No. 05-CV-10189<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**INTERIM STATUS REPORT OF THE PARTIES**

Pursuant to Local Rule 16.1, the parties by and through their attorneys, hereby submits a status report in the above-captioned matter:

(1)      The parties have completed the depositions of the plaintiff and Agent Todd Richards as ordered by the Court. The defendant believes the Court should schedule dates on which dispositive motions should be filed.

                                          Respectfully submitted,

                                          /s/ Jeffrey M. Cohen
                                          Jeffrey M. Cohen
                                          Assistant United States Attorney

Dated: June 28, 2007