UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
EDWIN ADAMES,                )
    Plaintiff            )
                             )
v.                           )
                             )    CIVIL ACTION NO.  05-10189-RWZ
FEDERAL BUREAU OF            )
INVESTIGATION, and           )
TODD RICHARDS,               )
    Defendants           )
_____)

MOTION TO WITHDRAW AS COUNSEL

Now comes Plaintiff's counsel and moves this Honorable Court to permit him to withdraw his appearance as counsel in the above entitled case.

Counsel further requests that this Court schedule a hearing at the earliest opportunity at which counsel may present his reasons to the Court ex parte.

                        PLAINTIFF
                        By his attorney

                        /s/John F. Palmer
                        John F. Palmer
                        Law Office of John F. Palmer
                        24 School Street, 8th Floor
                        Boston, MA 02108
                        (617)723-7010
                        BBO# 387980

Dated: September 7, 2007

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered parties on September 7, 2007.

                                                             <u>/s/John F. Palmer</u>