UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN ADAMES,      )<br>    Plaintiff        )<br>                        )<br>v.                     )<br>                        )<br>FEDERAL BUREAU OF   )<br>INVESTIGATION        )<br>    Defendant       )<br>                        ) | CIVIL ACTION NO. 05-10189-JGD |

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the undersigned parties hereby stipulate to the dismissal of the amended complaint.

                PLAINTIFF
                By his attorney

                /s/John F. Palmer
                John F. Palmer
                Law Office of John F. Palmer
                24 School Street, 8th Floor
                Boston, MA 02108
                (617)723-7010
                BBO# 387980


                DEFENDANT
                By its attorney

                /s/Jeffrey Mark Cohen
                Jeffrey Mark Cohen
                United States Attorney's Office
                1 Courthouse Way, Suite 9200
                Boston, MA 02210
                (617) 748-3626

Dated: September 24, 2007

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered parties on September 24, 2007.

      /s/John F. Palmer